**ANDREIA ROSA DOS SANTOS**

**PRO SE**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREIA ROSA DOS SANTOS, | Case No.: _____ |
| Plaintiff, | ) |
| vs. | ) COMPLAINT under |
| BALMAIN USA LLC., | ) 17 U.S. Code Section § 106A (a) |
| and DOES 1 through 5, | ) and 17 U.S. Code Section § 106 |
| Defendants. | ) for Damages and Remedies |
| | ) |
| _____ | ) COPYRIGHTS INFRINGEMENTS |
| | ) |
| | ) JURY TRIAL DEMANDED |
| | ) Dated on 4th of May, 2026 |

THE  COMPLAINT

Plaintiff ANDREIA ROSA DOS SANTOS ("hereinafter referred to as "Plaintiff", 'Andreia Santos" and "Dos Santos") by and through this complaint sues Defendants BALMAIN USA LLC. (hereinafter referred to as "Balmain"), and as collectively, and any presently unknown pseudonyms, subsidiaries, unknown names, affiliates, associates, entities, companies, including servicing practices, following references and conducts related to the acts or persons acting in concert with Defendants ("Does 1 through 5"). In support, Plaintiff says and alleges as  follows:

1

## I.  NATURE OF THE ACTION

1. This case arose from Defendant's acts of copyrights infringements, referring to the Balmain's Spring Summer 2024 Collection (hereinafter referred to as "Balmain's Collection"), upon Plaintiff copyright-protected unpublished original artwork of a unique painting on paper belonging to Plaintiff Santos, and registered with the U.S. Copyright Office under the title 'Casting the Stag's Head' (hereinafter referred to as "Stag's Head" and/or "Artwork").

### EXHIBIT "A"
**Balmain's Collection (left), and Plaintiff's Artwork "Casting the Stag's Head"(right).**

 

2. This is a civil action for copyrights infringements, under the Copyright Act of 1976 (17 U.S.C. § 101 et seq.), pursuing claims under an amendment to the Copyright Act known as the Visual Artists Rights Act-VARA, of 1990, under provisions of 17 U.S. Code, subject to proper sections and subsections.

3. The term "Artwork"  refers to a "work of visual art"(under Title 17 U.S. Code §101).

### II. JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because it arises under the Copyright Act, 17 U.S.C. § 501.

5. Accordingly, the venue is proper in this district under 28 U.S.C. § 1391(b) and (c).

2

## III. THE PARTIES

**PLAINTIFF** ANDREIA ROSA DOS SANTOS  (Dos Santos)

6.  Plaintiff ANDREIA ROSA DOS SANTOS, at all material times herein, is an American citizen,  resident of Manhattan, New York City, State of New York.

7.  Plaintiff Dos Santos, all material times herein, is an American artist, art curator, composer, author, licensed teacher of Portuguese and German Languages and Literatures, registered journalist cinematographer, specialized in Journalistic Styles and as well in Western Culture and Contemporary Art.

**DEFENDANT** BALMAIN USA LLC. **("Balmain")**

8.  On information and belief, the principal location, contacts and activities of Balmain in the United States is Manhattan,  New York, State of New York.

9.  On information and belief, Balmain has a flagship boutique, the BALMAIN MADISON AVENUE, located at 650 Madison Avenue, 10022 New York, NY.

10. On information and belief, the registered office and official business address for serving legal papers to Balmain in the USA is an affiliated legal office with a known address listed at c/o Baker & McKenzie LLP, Attn: David A. Baay, 800 Capitol, Suite 2100, Houston, TX 77002.

11.  Upon information and belief, Balmain is a French company with corporate office headquarters in Paris,  at 44, rue François 1er, 75008 Paris, France, and registered in the PARIS Trade and Companies Register under the number B 582 054 862.

12. Plaintiff does not know any additional identity of affiliated entities or persons acting in concert with Defendants and denominates them for purposes of this lawsuit as "Does 1 – 5". The complete names, residences and capacities of the Defendants (referred herein as DOES 1 through 5) are unknown to Plaintiff at this time.

## IV. THE COPYRIGHTED ARTWORK

13. Plaintiff, at all relevant times and material hereto,  declares that she is the author and creator, and sole proprietor of the intellectual property of an original unique unpublished  artwork. It has been registered with the United States Copyright Office and received the assigned Registration Number VAu 1-517-894. A copy of this Certificate of Registration is attached hereto (**Exhibit "B")**.

3

14. Plaintiff Andreia Rosa Dos Santos, at all relevant times and material hereto, realleges and certifies that she is the sole author, creator and owner of the intellectual property copyrighted-protected unpublished authentic original artwork, registered under the title "Casting the Stag's Head" (**Exhibit "C"**).

15. Plaintiff Dos Santos, at all relevant times and material hereto, certifies that she executed the painting with watercolor wax crayon colored pencils on canvas panels (100% archival cotton fine grain) measuring 11x14 inches.

EXHIBIT B (Front)
Copy of Certificate of Registration - U.S. Copyright Office
"Casting the Stag's Head " by Andreia Rosa Dos Santos

### Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number
**VAu 1-517-894**

Effective Date of Registration:
November 23, 2023
Registration Decision Date:
February 05, 2024

**Copyright Registration for a Group of Unpublished Works**
Registration issued pursuant to 37 C.F.R. § 202.4(c)

**Title**

| | |
|---|---|
| Title of Group: | Casting the Stag's Head and 9 Other Unpublished Works |
| Content Title: | Casting the Stag's Head |
| | Meta Cluster Membership |
| | Strokes of Paintbrush |
| | Clustering Schemes of Memory Spaces |
| | Leaflets |
| | Feathers |
| | Tangly |
| | Tumbleweeds in Orange, Pink and Blues |
| | Tumbleweeds in Blue, Red, Purple, Pink and Greens |
| | Tumbleweeds in Red, Pink and Greens |

**Completion/Publication**

| | |
|---|---|
| Year of Completion: | 2023 |

**Author**

| | |
|---|---|
| Author: | Andreia Rosa Dos Santos |
| Author Created: | Pictorial or Graphic Works |
| Work made for hire: | No |
| Citizen of: | United States |
| Year Born: | 1964 |

**Copyright Claimant**

| | |
|---|---|
| Copyright Claimant: | Andreia Rosa Dos Santos |
| | 507 W 28th Street, Apt 611, New York, NY, 10001-5845, United States |

Page 1 of 2

4

EXHIBIT B (Back)

Copy of Certificate of Registration - U.S. Copyright Office
"Casting the Stag's Head " by Andreia Rosa Dos Santos.

**Rights and Permissions**

| | |
|---|---|
| Name: | Andreia Rosa Dos Santos |
| Email: | andreianyc4@gmail.com |
| Telephone: | (929)392-5430 |
| Address: | 507 W 28th Street |
| | Apt 611 |
| | New York, NY 10001-5845 United States |

**Certification**

| | |
|---|---|
| Name: | ANDREIA ROSA DOS SANTOS |
| Date: | November 23, 2023 |

Copyright Office notes: Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

| | |
|---|---|
| Registration #: | VAu001517894 |
| Service Request #: | 1-13130802081 |

Andreia Rosa Dos Santos
507 W 28th Street
Apt 611
New York, NY 10001-5845 United States

**Exhibit "C"**

"Casting the Stag's Head"
Dos Santos copyrighted-protected unpublished authentic original Artwork



## V. DEFENDANT'S INFRINGING MATERIALS

### EXHIBIT "D"

| a) Look 29 | b) Look 30 | c) Look 35 |

**DEFENDANT** BALMAIN USA LLC (Balmain)

16. Upon information and belief, the Balmain's Spring Summer 2024 Collection utilizes Plaintiff's original artwork "Casting the Stag's Head ", as seen on the looks of the models collection, paired with other coordinated pieces, including ( but not limited

to) **:** **a) Look Number 29,** a long skirt; **b) Look Number 30,** set of top with structured bustier and sleek-like short**s; c) Look 35,** long leather-like coat like-classic cape (**EXHIBIT "D").**

### VI. FACTUAL BACKGROUND and FURTHERMORE  ACTIVITIES

**DEFENDANT** BALMAIN USA LLC (Balmain)

17. Upon information and belief, Defendant has engaged in an amount of activities that constitutes copyrights infringements and the case involves that in connection.

18. Upon information and belief,  on September 27, 2023, Balmain presented its Spring/Summer 2024 collection at Paris Fashion Week, as seen on their channel on YouTube platform **(EXHIBIT "E)**.

**EXHIBIT "E**"



19. On information and belief, Balmain's Spring/Summer 2024 Collection, designed by Olivier Rousteing, was allegedly recreated in a short timeframe after the original pieces were stolen shortly before the show.

20.  On information and belief, Antonin Tron is the new Creative Director of Balmain, effective the month following the departure of Olivier Rousteing, …" ( Nov 12, 2025, https://www.vogue.com, Introducing the New Man at Balmain: Antonin Tron).

21. On information and belief, Balmain employs 1,040 employees. The Balmain management team includes Matteo Sgarbossa (CEO), Dana Graizel (Human Resources Director, Americas), and Suhail Ismail (Intellectual Property Manager).

## VII. CLAIMS FOR RELIEF

22. Plaintiff, in good faith and at all times material to this action, believes that she is entitled to and possesses all rights and obligations as holder of the existing painting, Casting the Stag's Head, infringed by Balmain's Collection.

23. Plaintiff has a good faith and belief that the use, by Defendants, of the Plaintiff's artwork described above and listed here in the material is not authorized by any of these, nor Plaintiff, which holds the copyrights as owner of the original artwork, neither an agent of the copyright, or by the law.

24. On information and belief, Defendant's infringements do not rely on fair use nor authenticity, as evidenced **EXHIBIT "F",** Plaintiff's Artwork "Casting the Stag's Head"(left) and the Look 35 of Balmain's Collection(right).

**EXHIBIT "F"**



25. Plaintiff has a good faith and belief that Defendant is liable as the direct perpetrator of the infringements since it's actively granted itself the rights of use, adding to its own branding, and marketing them under its own name.

26. Pursuant Title 17 U.S. Code §106 (1), (2), (3) and (5), Defendants infringed Plaintiff's copyrights, the exclusive rights of:

    a) to reproduce and make copies of an original work;

    b) to prepare derivative works based on the original work;

    c) to distribute copies to the public by sale or another form of transfer, such as commissioned;

    d) to publicly display the work.

8

27. Defendants have willfully committed and/or facilitated copyrights infringements upon Plaintiff's intellectual property, for their commercial purpose of sales, which has substantial similarity to the original pre-existent copyrighted unique  artwork.

28. Defendants violated Plaintiff's rights, infringing the exclusive copyrights rights under 17 U.S.C. § 106, by using Dos Santos Artwork as the only primary source for the products, using significant portions of the original expression of the artwork, and the organizing recursive singular creative choices of the Plaintiff's original painting.

29. Plaintiff realleges that the causes of this civil lawsuit are Copyrights Infringements, and for that Plaintiff seeks Damages (17 U.S.C. § 504) as compensatory, while Actual Damages and earned Profits ( 17 U.S.C. §  504(b)) as awards to prevent and to deter the infringers from benefiting from their wrongful acts,  and for other remedies at Court's discretion, as Injunctive Relief (17 U.S.C. § 502), attorney's fees and costs (17 U.S.C. § 505).

30. Plaintiff seeks actual Damages and  the  Profits earned, and/or Statutory Damages, Consequential Damages and Incidental Damages as Additional Damages, and Treble Damages, reflecting  the remedies for all damages resulting from Defendant's acts of infringements upon Plaintiff's copyrighted intellectual property of unpublished artwork, for Defendant's use in the past, present and the future of this Artwork.

31. Defendants committed or facilitated acts of copyrights infringements and are accountable either as intentional acts or/and/even as strict and intrinsic liable as consequence and results of their acts and facts per se, as may find themselves strictly liable for the conduct, whether or not predicted, following a reference, induced or assisted or just intended, and even if not aware of the copyright status, still liable for direct copyright infringements.

32. In addition to direct copyright infringement, may Defendants be guilty of contributory infringement as service and as collectively constituted.

33. Plaintiff brought this complaint seeking justice, adequate relief and remedies, in respect to the Constitution and laws of the United States of America, from suffering and being harmed directly by Defendant committing acts of infringements upon Plaintiff's exclusive copyrights, in a cumulative impact and proportions.

9

COUNT ONE - COPYRIGHTS INFRINGEMENTS (17 U.S.C. § 501)

34. Plaintiff repeats, and incorporates by reference the whole allegations contained in all paragraphs of the allegations above, as if set forth herein.

35. Defendant's infringement is willful and intentional.

36. By delivering their products, Defendants and Does 1 through 5 have violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the United States Code causes permanent damage and harm to Plaintiff's intellectual property and constitutes violation of intellectual property rights with copyrights infringements.

37. According to the U.S. Code Title 17- Copyrights Chapter 5 - Copyright Infringement, the Section 501(a) identifies a copyright infringer as someone who "violates any of the exclusive rights of the copyright owner as provided by Sections 106 through 118" of the bill.

38. Defendant's infringements had inflicted violation to Plaintiff' intellectual property exclusive rights encompassing the copyrights ownership, as creator, author and holder of the original authentic unpublished artwork.

39. The Defendant's acts will affect, resonate and challenge the actual present and the future, since the original unpublished infringed Artwork is now and forever involuntarily associated with Defendants in direct unwanted reference and association as an imprint into Plaintiff's Artwork and portfolio, catalog raisonné and professional historical narrative.

COUNT TWO - STRICT LIABILITY

40. Defendant committed acts that gave rise to a substantial sequence of infringements directly linked to the Defendant presenting under their name, conducting acts of marketing and propaganda of their business, based on Plaintiff's artwork, presented as a result and fruit of their own sole labor, creation and work.

41. As a result, Plaintiff has been harmed and suffered and will continue to suffer irreparable injury, unless the Court restrains Defendants from such acts.

42. Defendant's commissioned service does not rely on fair use or authenticity.

COUNT THREE - STATUTORY DAMAGES

43. Defendants have a duty to comply with all statutory and regulatory provisions.

10

COUNT FOUR - ADDITIONAL DAMAGES - Consequential and Incidental

A. CONSEQUENTIAL  DAMAGES

44. Hence, Plaintiff's artwork copyrights were infringed and Plaintiff damaged after the use of them by Balmain.

45. Either as direct, additional or proximate, the infringements are consequences of Defendant's conduct.

46. That Plaintiff has suffered, involving embracing emotions and engaging  deeply to her defense of her copyrights, and as well continues suffering the damages, meaning that it cannot be accurately computed for how long and how to cope, unless the Court restrains Defendants from such acts, for which reason Plaintiff is seeking adequate remedies and justice at law.

B. INCIDENTAL DAMAGES

47. Plaintiff has suffered incidental damages as result of Defendant's willful acts or strict liability, which damages still last and persist from the past to present and project in the future, as involuntarily artist's narrative and copyrights associated with the Defendant's infringements.

COUNT FIVE - TREBLE DAMAGES

48. Plaintiff Dos Santos has filed suit seeking adequate remedies by Law for Defendant's acts of copyrights infringements upon Plaintiff's  artwork copyrights, and to further protect Plaintiff from continuously suffer serious harm of her intellectual property and her name and reputation, and to stop further from and after being exposed and associated with an old unethical denatured services using others intellectual property. Thus done, in respect to the law system,and copyrights, it can strengthen the institutions, society, the communities, through effective  remedies and results as permanent significance for society.

49. Defendants have shown a propensity to form multiple fronts of representatives to perpetuate their activities, and they may be seeking to continue their acts as modus operandis through additional tactics unless and until they are enjoined by this Court.

## VIII. PRAYER FOR RELIEF

Now, more than ever, Plaintiff repeats and incorporates by reference the whole allegations contained in all paragraphs as if set forth herein.

WHEREFORE, Plaintiff respectfully requests and prays to this Honorable Court enters a judgment as follows:

50. That Defendant has infringed upon Plaintiff's copyrights.

51. That Defendant be enjoined from further infringing activity.

52. That  Plaintiff is entitled to an award of damages for copyright infringements accordingly, as just shall appear as this Honorable Court specified.

53. That Defendants be ordered to pay reasonable attorney's fees and costs, as just shall appear as this Honorable Court specified.

54. That Defendants be ordered to pay Plaintiff statutory damages up to $150,000 per each one of the infringements,  as just shall appear as this Honorable Court specified.

55. That Defendants be ordered yet to pay Plaintiff actual damages and the profits earned, whereas a monetary judgment be ordered to reflect the whole collective Defendant's gross profits earned on accomplish the whole process of infringements, upon the gross revenue attributable to the infringements as is reflecting in the whole gross profit total revenue and cost of goods sold (COGS), operating expenses, taxes and any interest or deductible expenses and any portion of profit attributable to be accurately computed and accountable in the consideration, as just shall appear as this Honorable Court specified.

56. That Defendant be ordered to pay Plaintiff yet treble damages, at Court's discretion.

57. That Defendant be ordered to pay Plaintiff costs of suit herein, including administrative and trial costs, fillings, miscellaneous and processing fees, and, under the provision of section §505,  pursuing claims herein for the copyright infringements, according Federal Rules of Civil Procedure and last amended (eff. Dec. 1, 2020), and under the amendment to the Copyright Act known as Visual Artists Rights Act-VARA, provisions of the Title 17 U.S. Code §501 for infringements and remedies, under section §504  for Damages and earned Profits and/or statutory damages, under section §505 for costs and attorney's fees, and under §508, for notification of filing and determinations of actions, miscellaneous fees,

12

resources, material-related and expenses to it, and for such other relief and remedies as this Honorable Court deems proper and just.

58. That Defendants be ordered yet to pay for such any other relief or remedies as the Court deems just.

### IX. JURY TRIAL DEMANDED

Plaintiff respectfully requests a jury trial as to all issues so triable.

DATED: May 4th, 2026                                   Respectfully submitted,

Plaintiff, PRO SE

ANDREIA ROSA DOS SANTOS

andreianyc4@gmail.com

+1 (929) 392-5430

507 W 28th St. Apt. 611, New York, NY 10001-5845

13

## TABLE OF CONTENTS

Page

IDENTIFICATION COVER PAGE …………...…………….………. 01

THE COMPLAINT …………………………………………….. 01

I.   NATURE OF THE ACTION …..…………...…………………….... 02

II.   JURISDICTION AND VENUE………..…...……………………..02

III.   THE PARTIES   ………………………………………………… 03

IV.   THE COPYRIGHTED ARTWORK………………….…............... 03

V.   THE DEFENDANT'S INFRINGING ACTIVITIES ……………..... 06

VI.   FACTUAL BACKGROUNDS ……………………………………07

VII.   CLAIMS FOR RELIEF   ………………………………............. 08

COUNT ONE- COPYRIGHTS INFRINGEMENTS…………..………10

COUNT TWO - STRICT LIABILITY   ……………….………..… 10

COUNT THREE- STATUTORY DAMAGES ……………………..… 10

COUNT FOUR - ADDITIONAL DAMAGES …………………..11

A. CONSEQUENTIAL DAMAGES ……………………………..11

B. INCIDENTAL DAMAGES …………………………………11

COUNT FIVE - TREBLE DAMAGES   …….…………...……....... 11

VIII.   PRAYER FOR RELIEF   ………………………………………... 12

IX.   JURY TRIAL DEMANDED …………………………...……………. 13

TABLE OF CONTENTS   ……………………………………… 14